# Third District Court of Appeal

## State of Florida

Opinion filed July 12, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-1848
Lower Tribunal No. F14-0192

————————

**John J. Wilson, Jr.,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

John J. Wilson, Jr., in proper person.

Ashley Moody, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before FERNANDEZ, SCALES, and LINDSEY, JJ.

PER CURIAM.

Affirmed.